E. J. STEER, Treasurer of the Barrett Manufactur-
ing Co., A Body Corporate,

*vs.*

WILLIAM HUBER.

*Negligence: motor trucks; trailing other vehicles at night; col-
lision with another vehicle.*

Whether, at the time the rider on a motor cycle, who was
hurt in a collision with another vehicle, was going at such an
excessive speed as to amount to contributory negligence, is a
question for the jury.

Where a motor truck was traveling on the public road at
night trailing after it a road-sweeping machine that was con-
siderably wider than the motor truck itself, and only lighted
by a dim rear light, and the trailer was drawn or trailed along
by a loose bar which gave to it considerable play from side to
side of the road, and a collision occurred between the trailer
and another vehicle, it was: *Held,* to present a question for the
consideration of the jury for the determination of the question
of negligence.

*Decided March 13th, 1917.*

Appeal from the Circuit Court for Baltimore County. (Dun-
can, J.)

The cause was argued before Boyd, C. J., Briscoe, Burke,
Thomas, Pattison, Urner, Stockbridge and Constable, JJ.

*Edward H. Burke* and *Wm. L. Marbury,* for the appellant.

*Osborne I. Yellott* (with whom was *C. Gus Grason* on the
brief), for the appellee.

Stockbridge, J., delivered the opinion of the Court, affirm-
ing the decision of the lower Court.